# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Clerk
United States Court of Appeals
  for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257-2505

     **Re:  Melynda Vincent**
           **v. Att'y Gen. Garland**
           **No. 23-683 (Your docket No. 21-4121)**

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*

M. Altner
Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Mr. Jeffrey T. Green, Esq.
Northwestern Supreme Court Practicum
375 East Chicago Avenue
Chicago, IL 60611

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

    Re:  Melynda Vincent
          v. Att'y Gen. Garland
          No. 23-683

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Tenth Circuit.

    The petitioner is given recovery of costs in this Court as follows:

        **Clerk's costs:**        $300.00

    This amount may be recovered from the respondent.

        Sincerely,

        SCOTT S. HARRIS, Clerk

        By

        M. Altner
        Assistant Clerk – Judgments

cc:  Clerk, 10th Cir.
     (Your docket No. 21-4121)

# Supreme Court of the United States

No. 23–683

**MELYNDA VINCENT,**

Petitioner

v.

**MERRICK B. GARLAND, ATTORNEY GENERAL**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Tenth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Tenth Circuit for further consideration in light of *United States* v. *Rahimi*, 602 U. S. ___ (2024).

**IT IS FURTHER ORDERED** that the petitioner, Melynda Vincent, recover from Merrick B. Garland, Attorney General, Three Hundred Dollars ($300.00) for costs herein expended.

July 2, 2024

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States