FILED
United States Court of Appeals
Tenth Circuit

August 5, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

MELYNDA VINCENT,

    Plaintiff - Appellant,

v.

MERRICK B. GARLAND, Attorney General of the United States,

    Defendant - Appellee.

No. 21-4121
(D.C. No. 2:20-CV-00883-DBB)
(D. Utah)

_____

**ORDER**
_____

Before **BACHARACH**, **KELLY**, and **CARSON**, Circuit Judges.
_____

This matter is before us following receipt of the Supreme Court's judgment, which remands this case to this court for further consideration in light of *United States v. Rahimi*, 602 U.S. ___ (2024). The parties shall file supplemental briefs addressing the impact of *Rahimi* on the issues in this appeal.

Appellant's supplemental brief, which may not exceed 15 pages in a 13- or 14-point font, shall be filed within 21 days from the date of this order. Appellee's supplemental brief, which may not exceed 15 pages in a 13- or 14-point font, shall be filed within 21 days from the filing of Appellant's supplemental brief. Within 14 days from the filing of Appellee's supplemental brief, Appellant may file a supplemental reply brief of no more than seven pages in a 13- or 14-point font.

The supplemental briefs need not comply with the content requirements of Fed. R. App. P. 28(a), but they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

    Entered for the Court,

    CHRISTOPHER M. WOLPERT, Clerk