IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MELYNDA VINCENT,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>    Defendants-Appellees. | No. 21-4121 |

**CONSENT MOTION FOR 17-DAY EXTENSION OF TIME
TO FILE SUPPLEMENTAL BRIEF**

The government requests a 17-day extension of time, to and including October 24, 2024, to file its supplemental brief addressing *United States v. Rahimi*, 144 S. Ct. 1889 (2024). Plaintiff consents to this motion.

In support of this motion, the government states the following:

1. This Second Amendment challenge to 18 U.S.C. § 922(g)(1) is before this Court on remand from the Supreme Court. On August 5, 2024, the Court directed the parties to submit supplemental briefs addressing the impact of *Rahimi* on this appeal. The government's brief is due within 21 days from the filing of plaintiff's brief.

2. Plaintiff's brief was originally due on August 26. The Court granted plaintiff's unopposed request for a 21-day extension, and plaintiff filed her brief on September 16, 2024.

3. The government's supplemental brief is currently due October 7, 2024. The government respectfully requests a 17-day extension of that deadline to October 24, 2024. The government has not previously sought an extension of the deadline for this supplemental brief.

4. The requested 17-day extension of time is necessary to ensure adequate time to prepare and file the government's supplemental brief. Kevin B. Soter is the attorney with primary responsibility for preparing the federal government's brief in this case. Mr. Soter will be out of the office on previously scheduled leave from September 20 through September 27 and from October 16 through October 21. In addition to various internal matters, Mr. Soter's matters with deadlines during the briefing period include: *Collins v. Garland*, No. 23-2218 (4th Cir.) (Court-ordered supplemental brief filed September 16, 2024); *Pitsilides v. Attorney General*, No. 21-3320 (3d Cir.) (Mr. Soter to present oral argument on October 8, 2024); *Range v. Attorney General*, No. 21-2835 (3d Cir.) (Mr. Soter to present en banc oral argument on October 9, 2024); and *Williams v. Attorney General*, No. 24-1091 (3d Cir.) (Mr. Soter to present oral argument on November 1, 2024).

Mark B. Stern has principal supervisory responsibility for the federal government's brief in this case. He is also supervising the government's participation in other cases with deadlines during the briefing period, including: *National Ass'n for Gun Rights v. Garland*, No. 24-10707 (5th Cir.) (opening brief in expedited appeal due October 1, 2024); *Canna Provisions Inc. v. Garland*, No. 24-1628 (1st Cir.) (answering brief due October 10, 2024); *Washington Lawyers' Committee for Civil Rights and Urban Affairs v. Department of Justice*, No. 24-5127 (D.C. Cir.) (answering brief due October 18, 2024); *Brown v. FBI*, No. 23-5244 (D.C. Cir.) (answering brief due October 18, 2024); *Naicom Corp. v. Dish Network Corp.*, No. 24-1416 (1st Cir.) (answering brief due October 21, 2024).

5. A 17-day extension will also ensure sufficient time for counsel to coordinate review within the U.S. Department of Justice.

6. Counsel for plaintiff has informed the undersigned that plaintiff consents to this proposed change to the briefing schedule.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court grant the motion for a 17-day extension of time, to and including October 24, 2024, in which to file its supplemental brief.

Respectfully submitted,

/s/ *Kevin B. Soter*
KEVIN B. SOTER
Attorney, Appellate Staff
Civil Division, Room 7222
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530
(202) 514-3602
kevin.b.soter@usdoj.gov

*Counsel for Federal Appellees*

SEPTEMBER 2024

# CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 521 words, according to the count of Microsoft Word.

/s/ *Kevin B. Soter*
KEVIN B. SOTER