

405 South Main Street, Suite 200
Salt Lake City, Utah 84111

p: 801.441.9393
w: www.GAPClaw.com

Mark L. Anderson
Timothy J. Curtis[1]
Jill L. Dunyon
Heidi G. Goebel[2]
Sam Meziani[3]
Jake M. Miller[4]
Amberly Page
Zachary E. Peterson
Ella S. Smith

1 Also licensed in Arizona
2 Also licensed in Colorado, Illinois, Indiana and New York
3 Also licensed in Wyoming
4 Also licensed in Washington

December 23, 2024

Christopher M. Wolpert
Tenth Circuit Court of Appeals
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

    Re:    *Melynda Vincent v. Merrick Garland, et al.*
              Case No. 21-4121

Dear Mr. Wolpert,

We inform the court of the Third Circuit's en banc decision in *Bryan David Range v. Attorney General*, No. 21-2835 dated December 23, 2024.

*Range* held: (1) *Bruen* abrogated the Third Circuit's prior Second Amendment jurisprudence; (2) Bryan Range, who was convicted of a misdemeanor offense punishable by more than one year in prison is among "the people" protected by the Second Amendment; and (3) most importantly, the Government did not meet its burden of proving Range could be disarmed consistent with the Second Amendment because the Government did not identify any analogous statute or regulatory tradition.

For the same reasons set forth in *Range*, the Government has not met its burden here.

DATED: December 23, 2024

*/s/ Sam Meziani*
Sam Meziani
Amberly Page
*Attorneys for Appellant*

cc: All counsel (via CM/ECF)