FILED
United States Court of Appeals
Tenth Circuit

February 11, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

MELYNDA VINCENT,

    Plaintiff - Appellant,

v.

PAMELA J. BONDI, Attorney General of the United States,

    Defendant - Appellee.

No. 21-4121
(D.C. No. 2:20-CV-00883-DBB)
(D. Utah)

_____

**JUDGMENT**
_____

Before **BACHARACH**, **KELLY**, and **CARSON**, Circuit Judges.
_____

    This case originated in the District of Utah. Upon remand from the Supreme Court of the United States, this court's prior opinion is readopted and the dismissal is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk