# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 12, 2025

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Melynda Vincent
    v. Pamela Bondi, Attorney General
    No. 24-1155
    (Your No. 21-4121)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 8, 2025 and placed on the docket May 12, 2025 as No. 24-1155.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst