FILED
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**August 26, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

_____

MELYNDA VINCENT,

      Plaintiff - Appellant,

v.

MERRICK B. GARLAND, Attorney
General of the United States,

      Defendant - Appellee.

No. 21-4121
(D.C. No. 2:20-CV-00883-DBB)
(D. Utah)

_____

**ORDER**

_____

Before **BACHARACH**, **KELLY**, and **CARSON**, Circuit Judges.

_____

      This matter is before the court on Appellant's Motion for Extension of Time to

File Supplemental Brief (the "Motion"). Upon consideration, the Motion is granted. The

Appellant's supplemental opening brief, which may not exceed 15 pages in a 13 – or 14-

point font, is now due on or before September 16, 2024. Appellee's supplemental brief,

which may not exceed 15 pages in a 13 – or 14 -point font, shall be filed within 21 days

from the filing of Appellant's supplemental brief. Within 14-days from filing of

Appellee's supplemental brief, Appellant may file a supplemental reply brief of no more

than seven pages in a 13 – or 14-point font.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk